UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE

Naseer Ali-Bey
Defendant

vs

WILMINGTON HOUSING AUTHORITY
Plaintiff

23-520

Case No.   JP13-22-0110320

**NOTICE OF REMOVAL**

Above named Defendant, removes the above captioned action from JUSTICE OF THE PEACE COURT 13, 2 PENNS WAY SUITE 203, NEW CASTLE DE 19720, to the United States District Court for the District of Delaware pursuant to 28 USC 1441, 28 USC 1331, 28 USC 1343.

The action is one over which this court has original jurisdiction under 28 USC 1331, because it arises under Federal Law. Specifically, the complaint seeks damages for violations of Federal Law arising from conduct that occurred while Defendant(s) were acting in their official capacity under constitutional oath.

A copy of the complaint filed in state court, as well as all other pleadings and documents filed in the case, are attached hereto

Monday, May 16, 2023

Respectfully submitted,

Signature /s/ 
Name   NASEER ALI-BEY
Phone  (302) 379-6232